UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JESSE J. ROBERITES,

        Petitioner,

    -v-

SUPERINTENDENT COLLY,

        Respondent.

**DECISION and ORDER**
12-CV-176S

On October 18, 2013, the United States Court of Appeals for the Second Circuit affirmed this Court's dismissal, for failure to exhaust, of Jesse Roberites' petition for a writ of habeas corpus, but further ruled, in light of the delay in hearing petitioner's appeal of his conviction in state court, that the Court should issue a conditional writ ordering petitioner's release unless the appeal is decided by the New York State Appellate Division, Fourth Department by June 30, 2014. *See Roberites v. Colly*, 2013 U.S. App. LEXIS 21120 (2d Cir. Oct. 18, 2013) (unpublished). The Mandate was filed on October 29, 2013. (Docket No. 19).

### ORDER

IT HEREBY IS ORDERED, that pursuant to the Second Circuit's Mandate (Docket No. 19), petitioner's petition for a writ of habeas corpus is CONDITIONALLY GRANTED and petitioner is ORDERED released unless his state court appeal of his convictions is decided by June 30, 2014;

FURTHER, that the Clerk of the Court is directed to enter judgment accordingly;

Further, that the Clerk of the Court is directed to transmit a copy of this Order to the New York State Appellate Division, Fourth Department;

Further, that the Clerk of the Court is directed to transmit a copy of this Order electronically via a Notice of Electronic Filing to Alyson Gill <Alyson.Gill@ag.ny.gov> and Arlene.Roces@ag.ny.gov> of the Office of the Attorney General, Federal Habeas Unit.

SO ORDERED

Dated: November 5, 2013
Buffalo, New York

WILLIAM M. SKRETNY
Chief Judge
United States District Court